# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Fred Scott

Plaintiff

v.

David Crist, Warden

Defendants

Case No. Civil 00-1863 RHK/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that petitioner's application for a writ of habeas corpus is summarily dismissed, without prejudice as to any claim based on Apprendi v. New Jersey, and with prejudice as to all other claims.

DATE: August 31, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk